OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603 JUN. 03. 2015

$ 000.27⁵

6/3/2015
ELLER, NATHAN RAY   Tr. Ct. No. W13-70530-Y (A)        WR-83,051-03
On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

*Discharged*

NATHAN RAY ELLER
HUTCHINS UNIT - TDC # 1970806
1500 E. LANGDON RD.

UTF